# Court of Appeals
# of the State of Georgia

ATLANTA, __February 13, 2019__

*The Court of Appeals hereby passes the following order:*

### A19D0314. TRACEY BROWN v. FIRST COMMUNITIES MANAGEMENT AAF d/b/a ANZIO APTS.

Tracey Brown filed this application for discretionary appeal from the magistrate court's January 16, 2019 order granting a writ of possession. We, however, lack jurisdiction.

As a general rule, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991). If a party is aggrieved by the decision of the state or superior court, an application for discretionary appeal may be filed in this Court. See OCGA § 5-6-35 (a) (1), (11). However, this Court may only address magistrate court matters that already have been reviewed by the state or superior court. See *Handler*, 199 Ga. App. at 751; *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990). Accordingly, we lack jurisdiction to consider this application for discretionary appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __02/13/2019__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*